## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY

IN RE: )
    DENNIS D. ROWE, II )
    ALISHA C. ROWE )
                  Debtor(s) )    CASE NO.  20-10031
)

## ORDER

This matter having come before the Court by Debtors' objection to Claim #8 of Global Lending Services LLC and the Court being at all times sufficiently advised;

**IT IS HEREBY ORDERED** that Debtors' objection is **GRANTED** and claim #8 is hereby **BARRED**.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: September 18, 2020

**TENDERED BY:**

/s/ Darren K. Mexic
Darren K. Mexic
Attorney at Law
130 E. Professional Park Ct.
Bowling Green, KY  42104
270-782-8184